UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLAN CORP. INC., | **Rule 7.1 Statement** |
| Plaintiff, | |
| -vs- | Case Number: 09-CIV-00414(LAP) |
| DONGKWANG INTERNATIONAL CO., LTD., | ECF case |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff, ELLAN CORP. INC., states that it is a closely held corporation. It has no parent corporation, nor does any publicly held corporation own 10% or more of its stock.

Dated: January 15, 2009

GEIGER and ROTHENBERG, LLP
*Attorneys for Plaintiff Ellan*

by:    s/ Alexander Geiger
Alexander Geiger, Esq. (AG-8974)
920 N. Broad Street, Suite 8
Lansdale, PA 19446
(215) 880-9439