

**KIM & BAE, P.C.**
ATTORNEYS AT LAW

2160 North Central Road, Suite 303
Fort Lee, NJ 07024
T: 201.585.2288  F: 201.585.2246

110 East 59th Street, 29th Floor
New York, NY 10022
T: 212.319.6888  F: 212.319.7539



12/22/09

RECEIVED
December 22, 2009
DEC 22 2009
MICHAEL ...
UNITED ...

**By Facsimile**

Honorable Michael H. Dolinger
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1670
New York, New York 10007-1312

Re: **Ellan Corp., Inc. v. Dongkwang Int'l Co., Ltd. (09 Civ. 00414 (LAP)(MHD))**

Dear Judge Dolinger:

This letter is submitted on behalf of our client, defendant and counterclaim plaintiff, Dongkwang International Co., Ltd. ("Dongkwang") to request a one-day extension of time, from today until tomorrow, to submit reply papers in further support of Dongkwang's motion for leave to serve and file an Amended Answer With Counterclaims in the above-referenced action. I have conferred with counsel for the other parties to the action, plaintiff and counterclaim defendant, Ellan Corp., Inc. and additional counterclaim defendant, American Fashion Brands, LLC, and they consented to such extension, subject to the approval of the Court. Due to unexpected scheduling problems, we require the additional day for the submission of our reply, for which we would appreciate Your Honor granting us such relief.

Respectfully yours,

Carlton R. Asher, Jr.

cc: Alexander Geiger, Esq.
Melanie I. Weiner, Esq.
Marc Weissman, Esq.

**By E-mail**

ENDORSED ORDER

Application granted.

12/22/09